DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| 104P11-4 | State v. Titus Batts | Def's *Pro Se* PWC to Review Decision of COA (COA09-1012) | Denied |
|---|---|---|---|
| 115P13 | In the Matter of: S.A.C. | Respondent-Father's PDR Under N.C.G.S. § 7A-31(COA12-989) | Denied |
| 118P13 | State v. Maahir S. Muhammad | 1. Def's NOA Based Upon a Constitutional Question (COA12-963)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal<br><br>4. State's Conditional PDR Under N.C.G.S. § 7A-31 | 1. - - -<br><br>2. Denied<br><br>3. Allowed<br><br>4. Dismissed as Moot |
| 118P96-4 | In Re: Thomas Franklin Cross, Jr. | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 118P96-5 | Thomas Franklin Cross, Jr. v. N.C. Administrative Hearings and Donald W. Overby | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 121P13 | Patty C. Greene, Administratrix of the Estate of Bill Ray Greene v. The City of Greenville, North Carolina, a Municipal Corporation | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-908)<br><br>2. N.C. Advocates for Justice's Motion for Leave to File *Amicus* Brief | 1. Denied<br><br>2. Dismissed as Moot |
| 126P13 | State v. William Arthur Brown | 1. Def's NOA Based Upon a Constitutional Question (COA12-848)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 133P13 | Wilford Dixon v. Delight Gifford | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-520)<br><br>2. Plt's Motion to Strike<br><br>3. Plt's Motion in the Alternative for Leave to File Brief | 1. Denied<br><br>2. Dismissed as Moot<br><br>3. Dismissed as Moot |